IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| LACRAIG ROBERTS, #1754303 | § | |
| VS. | § | CIVIL ACTION NO. 6:14cv801 |
| HENRY KNIGANGA, ET AL. | § | |

ORDER OF PARTIAL DISMISSAL

The above-entitled and numbered civil action was heretofore assigned to United States Magistrate Judge John D. Love. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the Report and Recommendation (docket entry #25) is **ADOPTED**. It is further

**ORDERED** that Plaintiff is permitted to proceed with his excessive use of force claims against Officer Kniganga and Sgt. Luckett, as well as the claims of retaliation and denial of medical care against Sgt. Luckett. It is finally

**ORDERED** that Plaintiff's claims against Regional Director Scott and Officer Ama are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1).

**SIGNED this 12th day of January, 2016.**


MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE