IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| LACRAIG ROBERTS, #1754303 | § | |
| VS. | § | CIVIL ACTION NO. 6:14cv801 |
| HENRY KNIGANGA, ET AL. | § | |

<u>ORDER OF PARTIAL DISMISSAL</u>

The above-entitled and numbered civil action was heretofore assigned to United States Magistrate Judge John D. Love. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the Report and Recommendation (docket entry #64) is **ADOPTED**. It is further

**ORDERED** that Defendant Henry Kinganga's Motion for Summary Judgment (docket entry #52) is **GRANTED**. It is finally

**ORDERED** that Plaintiff's claim against Defendant Henry Kinganga is **DISMISSED** with prejudice.

**So ORDERED and SIGNED this 28th day of March, 2017.**

_____
Ron Clark, United States District Judge